# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONALD PARKER,** *et. al*
**ADC #129702**                                                                                          **PLAINTIFFS**

**V.**                          **CASE NO. 1:08cv0021 SWW/BD**

**LARRY NORRIS** *et. al*                                                                           **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DISMISSES all claims contained in Plaintiff's Complaint (#3) and Amended Complaint (#10) for failure to state a claim, and DENIES (#9) Plaintiff Parker's application to proceed *in forma pauperis* (#9) as moot.

IT IS SO ORDERED, this 24th day of June, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE